NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH D. FARROW,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7074

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2266, Judge William P. Greene, Jr.

---

**ON MOTION**

---

**ORDER**

Kenneth D. Farrow moves for a 30-day extension of time, until July 18, 2012, to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUN 2 0 2012__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Kenneth M. Carpenter, Esq.
     Nicholas Jabbour, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 2 0 2012

**JAN HORBALY**
**CLERK**